# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2020

## NO. 03-20-00158-CV

### C. A. and M. D., Jr., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on February 5, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.